# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**ELIZABETH SLATER**                                                                                    **PETITIONER**

**V.**                                                                  **CAUSE NO. 3:22-CV-633-CWR-RPM**

**BURL CAIN**                                                                                            **RESPONDENT**

## ORDER

Before the Court is the Report and Recommendation of the United States Magistrate Judge entered on November 9, 2023. Docket No. 19. The Magistrate Judge recommended finding as moot Elizabeth Slater's petition for a *writ of habeas corpus* and granting the Respondent's Motion to Dismiss. Upon review, the Court agrees with the Magistrate Judge's recommendation.

In her petition, Ms. Slater argued that the Mississippi Department of Corrections (MDOC) improperly calculated her sentences. Docket No. 8. She further argued that she should be granted credit for time served and made eligible for parole. *Id.*; *see also* Docket No. 19. After Ms. Slater filed her petition, MDOC "recalculated her sentences, gave her credit for time served, and updated her parole eligibility date." Docket No. 19 at 1; *see also* Docket No. 16-1. She was later granted parole, *see* Docket No. 18-1, and as of the date of this Order, Ms. Slater is no longer in MDOC's custody.

Finding that MDOC provided Ms. Slater with her requested relief, the Court hereby adopts said Report and Recommendation as its own Order. Accordingly, this case is dismissed as moot. A separate Final Judgment will issue.

**SO ORDERED**, this the 2nd day of February, 2024.

s/ Carlton W. Reeves
UNITED STATES DISTRICT JUDGE
